IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
19 JUN 27 PM 3: 35
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

| | |
|---|---|
| JULIA CHRISTIAN, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CIVIL NO. A-18-CV-00347-LY |
| § | |
| THF HOUSING MANAGEMENT CORP., § | |
| DEFENDANT. § | |
| § | |

### FINAL JUDGMENT

Before the court in the above styled and numbered cause is the parties' Agreed Stipulation of Dismissal With Prejudice filed June 26, 2019 (Clerk's Document No. 19). In accordance with the parties' stipulation, Plaintiff Julia Christian dismisses with prejudice any and all claims alleged against Defendant THF Housing Management Corp., pursuant to Rule 41(a)(1)(A)(ii). Additionally the parties agree that all costs be taxed against the party incurring the same. Having considered the stipulation,

**IT IS ORDERED** that any and all claims alleged in this action by Plaintiff Julia Christian are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this 27th day of June, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE